# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-82 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER CONFIRMING |
| | DATE CERTAIN TRIAL DATE |
| SHARON ROSS, | |
| Defendant. | |

The Court asked the parties in all of the related "Feeding Our Futures" criminal cases to meet and confer regarding trial dates. The Court has considered the letter filed in this case by the Government (ECF No. 34) and its preference for the order in which the cases should be tried.

In this case, United States v. Sharon Ross, the Court set a date certain trial date on August 10, 2023 for January, 22, 2024, giving the parties over five months to prepare for trial. Though the Government has requested that United States v. Abdiaziz Shafii Farah, et al. (22-cr-124) be tried first, the Court intends to keep the January 22, 2024 trial date for this case. United States v. Farah is not trial-ready, as it is still awaiting the Report and Recommendation to be filed on pretrial motions. When the remaining related "Feeding our Futures" cases are

trial-ready, the Court will issue trial orders.

Dated: November 2, 2023              BY THE COURT:

                                     s/Nancy E. Brasel
                                     Nancy E. Brasel
                                     United States District Judge