## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHARON ROSS,

        Defendant.

Case No. 23-cr-82 (NEB/DTS)

PETITION ASSERTING INTEREST
IN PROPERTY PURSUANT TO
21 U.S.C. § 853(n)

RECEIVED BY MAIL JAN 28 2025 CLERK U.S. DISTRICT COURT MINNEAPOLIS MINNESOTA

## SECTION I – CONTACT INFORMATION

**A. PETITIONER INFORMATION:**

| Petitioner Name and Address (Prisoner Id, if applicable): |
| --- |
| Jonathan Ross |

| Phone: 612 802-9203 | Email (optional): Dsuccezz@yahoo.com |
| --- | --- |

**B. ATTORNEY INFORMATION (if applicable):**

| Attorney Name: | |
| --- | --- |
| Firm Name: | |
| Mailing Address: | |
| Phone: | Email: |

*If any of this information changes, you are responsible for notifying the agency of the new information.*


SCANNED
JAN 28 2025
U.S. DISTRICT COURT MPLS

## SECTION II – ASSET LIST

A. Identify the asset ID and asset description for each asset you are petitioning and indicate your role as a petitioner for each asset. You may select one or more roles.

| Asset Id | Asset Description | Owner | Lienholder |
|---|---|---|---|
| 23-FBI-003184 | Real property located at 312 Chippenham Lane, Willernie, MN | ✗ | |
| | | | |
| | | | |
| | | | |
| | | | |

*You must identify your role for each asset in your petition.*
*Use additional asset sheet if necessary.*

## SECTION III - INTEREST IN PROPERTY

In the space below, please explain the nature and extent of your right, title and interest in the property and the time and circumstances or your acquisition of the right title and interest in the property and any additional facts supporting your claim. Please attach any relevant documents, such as police reports or receipts, if you have them.

I currently pay the mortgage since May of 2022
This property still has a mortgage, I have paid around $100,000.00
of my own money

The lienholder is TRUSTONE Home Mortgage.
PO Box 1260
Minneapolis MN 55440-1260
(763) 595-4010

## SECTION IV – DECLARATION AND REPRESENTATION

The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioner completes the sworn notice of representation.

I attest and declare under penalty of perjury that my petition is not frivolous, and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

1-21-2025
_____
Date

_____
Signature

Jonathan Ross
_____
Print name

### Sworn Notice of Representation

This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
Date

_____
Signature

_____
Print name

*A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.*