**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*  *Telephone: (612) 664-5600*
*300 South Fourth Street*        *Fax: (612) 664-5787*
*Minneapolis, MN 55415*

October 1, 2025

*Via CM/ECF*

The Honorable Nancy E. Brasel
United States District Court
Diana E. Murphy United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

      Re:    <u>United States v. Sharon Ross</u>
             District of Minnesota Crim. No. 23-82 (NEB)

Dear Judge Brasel:

      I am writing to provide an update to the Court regarding Sharon Ross's motion for compassionate release.

      As noted in the government's response in opposition, Ross bears the burden to establish eligibility for a sentence reduction, including supplying the Court with evidence that she complied with the statutory exhaustion requirement of 18 U.S.C. § 3582(c)(1)(A). *United States v. Avalos Banderas,* 39 F.4th 1059 (8th Cir. 2022). Ross did not provide such evidence when she filed her motion. The government therefore asked the Court to dismiss it without prejudice pursuant to *United States v. Houck*, 2 F.4th 1082 (8th Cir. 2021).

      However, after filing the government's response in opposition, the undersigned received information from the Bureau of Prisons that Ross did in fact submit a request for a reduction in sentence to the Bureau of Prisons. The government therefore considers Ross's motion ripe for adjudication and asks the Court to deny it on the merits. She provides no evidence that her cousin's current caregiver is incapacitated, so her claim does not meet the stringent test for compassionate release under § 3582(c)(1)(A). Further, the federal sentencing factors weigh heavily against granting any relief in this case.

October 1, 2025
Page 2

If the Court has any additional questions, please feel free to contact me at 612-664-5600.

Sincerely,

JOSEPH H. THOMPSON
Acting United States Attorney

s/ *Katharine T. Buzicky*

BY: KATHARINE T. BUZICKY
Assistant U.S. Attorney