UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case 23-82 (NEB)

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SHARON DENISE ROSS,

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME**

    The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Katharine T. Buzicky, Assistant United States Attorney, respectfully moves the Court for an extension of time to file its response to the Defendant's motion to vacate her sentence. The government's response is due today, December 1, 2025. The government seeks a thirty-day extension based on the expected length of time to prepare a response and the undersigned's other pending deadlines for post-conviction and appellate matters.

    Ross's motion requires extensive review of the record and consultation with Ross's former attorney. The undersigned has not been able to complete the government's response to date owing to other deadlines in appellate and post-conviction matters. Since Ross filed her motion, the undersigned has responded to six motions for compassionate release, four motions under 28 U.S.C. § 2255, four miscellaneous post-conviction motions, and argued one case

before the Eighth Circuit Court of Appeals.

The undersigned also has ongoing caregiving responsibilities for a disabled family member that consume significant amounts of time. For example, in recent weeks the undersigned has taken her family member to a lengthy specialist dental appointment and participated in educational meetings for her family member.

The government therefore requests a thirty-day extension to file its response to Ross's motion and asks the Court to order a response on or before January 2, 2025.

Dated: December 1, 2025   Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Katharine T. Buzicky*

BY:   KATHARINE T. BUZICKY
Assistant U.S. Attorney